Jeffery S. Williams (Utah Bar #6054)
**NELSON CHRISTENSEN**
**HOLLINGWORTH & WILLIAMS**
68 S. Main St., #600
Salt Lake City, UT 84101
Telephone: (801) 531-8400
jeffw@nchwlaw.com

Attorney for Northrop Grumman Health Plan

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| J.L., C.L., and A.L.,<br><br>       Plaintiffs,<br><br>v.<br><br>ANTHEM BLUE CROSS and NORTHROP GRUMMAN HEALTH PLAN,<br><br>       Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR NORTHROP GRUMMAN HEALTH PLAN TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Case No. 2:18-cv-671<br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |
|---|---|

Defendant Northrop Grumman Health Plan ("Northrop Grumman") and plaintiffs J.L., C.L., and A.L. (collectively, the "parties"), by and through their undersigned attorneys, jointly move the Court for an extension of time for Northrop Grumman to answer or otherwise respond to the Complaint. Specifically, the parties request that the deadline be extended from January 28, 2019 to February 20, 2019. The basis for the motion is that Northrop Grumman needs additional time to gather and review materials related to this ERISA case, learn about the case proceedings that have occurred to date, and prepare its response. No previous extensions of this date have been previously sought. A proposed order is filed herewith.

SO STIPULATED this 28th day of January, 2019.

| | |
|---|---|
| /s/     Brian S. King<br>(Signed by Jeffery S. Williams with permission of Brian S. King)<br>Brian S. King<br>Nediha Hadzikadunic<br>BRIAN S. KING, P.C.<br>336 South 300 East, Suite 200<br>Salt Lake City, UT 84111<br>brian@briansking.com<br>nediha@briansking.com<br><br>*Attorneys for Plaintiff* | /s/ Jeffery S. Williams<br>Jeffery S. Williams (Utah Bar #6054)<br>NELSON CHRISTENSEN HOLLINGWORTH & WILLIAMS<br>68 S. Main St., #600<br>Salt Lake City, UT 84101<br>Telephone:  (801) 531-8400<br>jeffw@nchwlaw.com<br><br>Nancy G. Ross  (Pro Hac application to be filed)<br>Laura R. Hammargren (Pro Hac application to be filed)<br>Samuel Myler (Pro Hac application to be filed)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone:  312-782-0600<br>Fax:   312-701-7711<br>nross@mayerbrown.com<br>lhammargren@mayerbrown.com<br>smyler@mayerbrown.com<br><br>*Attorneys for Northrop Grumman Health Plan* |