Jeffery S. Williams (Utah Bar #6054)
**NELSON CHRISTENSEN**
**HOLLINGWORTH & WILLIAMS**
68 S. Main St., #600
Salt Lake City, UT 84101
Telephone: (801) 531-8400
jeffw@nchwlaw.com

Attorney for Northrop Grumman Health Plan

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| J.L., C.L., and A.L.,<br><br>   Plaintiffs,<br><br> v.<br><br>ANTHEM BLUE CROSS and NORTHROP GRUMMAN HEALTH PLAN,<br><br>   Defendants. | **ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Case No. 2:18-cv-671<br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

BASED ON THE STIPULATION OF THE PARTIES:

The stipulated motion to extend Defendant Northrop Grumman Health Plan's deadline to answer or otherwise respond to the complaint in the above-captioned action is GRANTED and the time is extended to February 20, 2019. (ECF No. 16.)

**SO ORDERED** this 28th day of January, 2019.

              **BY THE COURT:**

              _____
              Magistrate Judge Dustin B. Pead

APPROVED AS TO FORM this 28th day of January, 2019.

/s/ Brian S. King
(Signed by Jeffery S. Williams with permission of Brian S. King)
Brian S. King
Nediha Hadzikadunic
BRIAN S. KING, P.C.
336 South 300 East, Suite 200
Salt Lake City, UT 84111
brian@briansking.com
nediha@briansking.com

*Attorneys for Plaintiff*

/s/ Jeffery S. Williams
Jeffery S. Williams (Utah Bar #6054)
NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS
68 S. Main St., #600
Salt Lake City, UT 84101
Telephone: (801) 531-8400
jeffw@nchwlaw.com

Nancy G. Ross  (Pro Hac application to be filed)
Laura R. Hammargren (Pro Hac application to be filed)
Samuel Myler (Pro Hac application to be filed)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: 312-782-0600
Fax: 312-701-7711
nross@mayerbrown.com
lhammargren@mayerbrown.com
smyler@mayerbrown.com

*Attorneys for Northrop Grumman Health Plan*