# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JIM L., CHRISTINE L., and ALEXA L.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM BLUE CROSS and the NORTHRUP GRUMMAN HEALTH PLAN<br><br>Defendants. | ORDER AMENDING SCHEDULING ORDER<br><br>Civil No. 2:18-cv-00671 DB<br><br>District Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

For good cause appearing, the parties Stipulated Motion is GRANTED (ECF NO. 29) and it is hereby ORDERED that the Scheduling Order is amended as follows:

- If one or both Defendants oppose Plaintiffs' motion for leave to amend the complaint, any Opposition to Plaintiffs' Motion for Leave to File Amended Complaint will be due 3/8/19.

- Plaintiffs' reply in support of their Motion for Leave to File Amended Complaint will be due 3/22/19.

- If the Motion for Leave to File Amended Complaint is granted, Defendants' responses to the Amended Complaint will be due 21 days after the Court's decision on the Motion. If the Motion for Leave to File Amended Complaint is denied, Northrop Grumman's response to the original Complaint will be due 21 days after the denial of the Motion.

- Each Defendants' Initial Disclosures are due 14 days after that Defendant files its answer to the Amended Complaint or, alternatively, 14 days after Northrop Grumman files an answer to the original Complaint. Nothing in this provision prohibits Northrop Grumman from moving to dismiss as its response to the original or Amended Complaint.

Dated this 5th day of March, 2019.

Dustin B. Pead
U.S. Magistrate Judge

731531638.1
1547579.1

1