Jeffery S. Williams (Utah Bar #6054)
**NELSON CHRISTENSEN**
**HOLLINGWORTH & WILLIAMS**
68 S. Main St., #600
Salt Lake City, UT 84101
Telephone: (801) 531-8400
jeffw@nchwlaw.com

Nancy G. Ross
Laura R. Hammargren
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

*Attorneys for Defendant Northrop Grumman Health Plan*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.L., C.L., and A.L.,<br><br>          Plaintiffs,<br>     v.<br><br>ANTHEM BLUE CROSS and NORTHROP GRUMMAN HEALTH PLAN,<br><br>          Defendants. | **NOTICE OF JOINDER IN DEFENDANT ANTHEM BLUE CROSS'S OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Case No. 2:18-cv-671<br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that Defendant Northrop Grumman Health Plan ("Northrop")

hereby joins Defendant Anthem Blue Cross ("Anthem") in its opposition to Plaintiffs' motion for

leave to file an amended complaint.[1]  ECF No. 31.  While Northrop has yet to file a responsive pleading or motion under Rule 12(b), (e), or (f) in response to Plaintiffs' original complaint, Northrop agrees with Anthem that the proposed amendment is futile and Plaintiffs' claim under the Mental Health Parity and Addiction Equity Act of 2008 will be subject to dismissal if leave is granted.  *See Bradley v. Val-Mejias*, 379 F.3d 892, 901 (10th Cir. 2004) ("A proposed amendment is futile if the complaint, as amended, would be subject to dismissal.").

| | |
|---|---|
| Dated: March 8, 2019 | /s/ *Jeffery S. Williams* |
| | Jeffrey S. Williams (Utah Bar #6054) |
| | Nelson Christensen |
| | HOLLINGWORTH & WILLIAMS |
| | 68 S. Main St. #600 |
| | Salt Lake City, UT 84101 |
| | Tel:  (801) 531-8400 |
| | jeffw@nchwlaw.com |
| | |
| | Nancy G. Ross (*pro hac vice*) |
| | Laura R. Hammargren (*pro hac vice*) |
| | Samuel P. Myler (*pro hac vice*) |
| | MAYER BROWN LLP |
| | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| | Tel:  (312) 782-0600 |
| | Fax:  (312) 701-7711 |
| | smyler@mayerbrown.com |
| | |
| | *Attorneys for Defendant Northrop Grumman Health Plan* |

---

[1] Northrop notes that it joins in Anthem's opposition to Plaintiffs' motion for leave to amend only.  ECF No. 31.  Accordingly, a separate motion pursuant to DUCivR 7-1(a)(1)(4) is not required.  Northrop reserves its right to independently move for partial or complete summary judgment or judgment on the pleadings at the appropriate time after filing its answer or response to Plaintiffs' complaint.