IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| J.L., C.L., and A.L.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ANTHEM BLUE CROSS and NORTHRUP GRUMMAN HEALTH PLAN,<br><br>　　　　　　　Defendants. | **ORDER STRIKING DECEMBER 5, 2018 SCHEDULING ORDER**<br><br>Case No. 2:18-cv-671<br><br>Judge Dee Benson<br>Magistrate Judge Dustin B. Pead |

　　　　The Court GRANTS the Stipulated Motion to Strike December 5, 2018 Scheduling Order. (ECF No. 42.) Specifically, the Court finds good cause to strike the Scheduling Order in light of the motions that have been filed, in addition to a motion to dismiss that may be filed by defendant Northrop Grumman Health Plan (if it chooses to seek to dismiss claim(s) in the Complaint or Amended Complaint, if leave is granted to file the proposed Amended Complaint).

　　　　The Order Amending Scheduling Order, entered on March 5, 2019, *see* Doc. 30, will govern the deadlines in this case.  Once the Court rules on the plaintiffs' February 8, 2019 motion for leave to amend the Complaint, defendant Anthem Blue Cross's March 8, 2019 motion, and any motion filed by defendant Northrop (if it chooses to file a motion to dismiss, in response to the Complaint or Amended Complaint), the parties will propose a new scheduling order to govern the deadlines in this case.

　　　　DATED this 1st  day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Dustin B. Pead

1562010.1